JVJC Corp., Respondent,
against
Daniel Hampton, Appellant and Jasmine Samual, et al., Occupants. 




Daniel Hampton, appellant pro se.
Paladino Law Group, P.C., for respondent (no brief filed).

Appeal from a final judgment of the District Court of Suffolk County, Second District (John P. Schettino, J.), entered May 16, 2018. The final judgment, insofar as appealed from, after a nonjury trial, awarded petitioner possession as against Daniel Hampton in a summary proceeding brought pursuant to RPAPL 713 (5).




ORDERED that the final judgment, insofar as appealed from, is affirmed, without costs.
Petitioner commenced this summary proceeding pursuant to RPAPL 713 (5) based upon a referee's deed dated January 25, 2018, which it had obtained after a foreclosure sale. Daniel Hampton (occupant) appeals from so much of a final judgment as, after a nonjury trial, awarded possession to petitioner as against him. We affirm.
Contrary to occupant's contention on appeal, the District Court correctly refused to consider occupant's challenge to the validity of the foreclosure sale, as "the judgment of foreclosure and sale was final as to all issues and defenses that might have been litigated in the foreclosure action, and the Supreme Court's determination is not subject to collateral attack in the District Court" (Nassau Homes Corp. v Shuster, 33 Misc 3d 130[A], 2011 NY Slip Op 51861[U], *1 [App Term, 2d Dept, 9th & 10th Jud Dists 2011] [citations omitted]; see also Banker's Trust v Corbin, 14 Misc 3d 136[A], 2007 NY Slip Op 50239[U] [App Term, 2d Dept, 2d & 11th Jud Dists 2007]). There is no merit to occupant's other contention, that petitioner's predicate notice was improperly admitted into evidence.
Accordingly, the final judgment, insofar as appealed from, is affirmed.
TOLBERT, J.P., RUDERMAN and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 30, 2020